WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-494—Claimant ▮▮▮▮▮▮▮

SOUTHWESTERN BELL TELEPHONE CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 8, 1974.*

ROBERTS, GUNDLACH & LEE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-496—Claimant ▮▮▮▮▮▮▮

KANKAKEE INDUSTRIAL SUPPLY CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed April 8, 1974.*

KANKAKEE INDUSTRIAL SUPPLY CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.